■ PETER GUBALA et al., Respondents, v TERRI L. GEE, Appellant. (Appeal No. 2.) [753 NYS2d 913] —Appeal from an order of Supreme Court, Erie County (Notaro, J.), entered May 23, 2002, which denied defendant's motion to set aside the verdict and grant a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435; see also CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Lawton, JJ.